IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                            )   CASE NO. 3:10-CR-71-WKW<br>)                  [WO]<br>OYANGO LANAR TOLBERT         ) | |

### ORDER

Defendant has filed a *pro se* motion for compassionate release in which he seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. # 102.)  The Government filed a response in opposition. (Doc. # 104.)  The motion is due to be denied.

Based upon binding Eleventh Circuit precedent, *see United States v. Bryant*, 996 F.3d 1243 (11th Cir. 2021), Defendant has not made the requisite showing of extraordinary and compelling reasons warranting compassionate release under § 3582(c)(1)(A)(i).  The grounds he argues for release do not fall within the extraordinary and compelling reasons delineated by the policy statement in U.S.S.G. § 1B1.13, which governs motions under § 3582(c)(1)(A).  Specifically, his asserted grounds—including that he has served more than half of his sentence, that his youngest son's mother has passed away, and that his sentence is based on draconian laws—do not qualify as "other reasons" under the Sentencing Commission's policy

statement.  *See* U.S.S.G. § 1B1.13, cmt. n.1(D).  Alternatively, the balancing of the 18 U.S.C. § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Defendant's motion for compassionate release (Doc. # 102) is DENIED.

It is further ORDERED that Defendant's motion for appointment of counsel (Doc. # 102 at 6) is DENIED.

DONE this 20th day of September, 2022.

                                            /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE