IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-CR-71-WKW |
| | ) | [WO] |
| OYANGO LANAR TOLBERT | ) | |

**ORDER**

Before the court is Defendant Oyango Lanar Tolbert's motion for a sentence reduction. (Doc. # 119.) The Government filed a response in opposition. (Doc. # 122.) For the reasons set forth below, the motion will be denied.

Mr. Tolbert's motion presents two grounds for relief. First, he seeks reconsideration of the previous denial of a sentence reduction, asserting that the Fair Sentencing Act of 2010, made retroactive by the First Step Act of 2018, would have reduced his sentence. However, Mr. Tolbert already has benefitted from the Fair Sentencing Act. On November 13, 2012, he was resentenced under the Act, and his sentence was reduced from 276 months to 186 months. (*See* Doc. # 98 (Order citing Doc. # 70, at 2 (amended judgment) and Doc. # 74, at 21–22 (presentence investigation report).) This sentence was affirmed on appeal, (Doc. # 84), and the court previously has rejected this argument (Doc. # 98).

Second, Mr. Tolbert requests a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i) based on "extraordinary and compelling reasons," claiming he

has served ten years of an "unusually long sentence." (Doc. # 119.) A sentence reduction is not warranted under § 3582(c)(1)(A)(i). Mr. Tolbert has not cited a change in the law that resulted in "a gross disparity between the sentence being served and the sentence likely to be imposed at the time the motion is filed." U.S.S.G. § 1B1.13(b)(6). While Mr. Tolbert contends that he should have received a sentence of 156 months under the Fair Sentencing Act, that argument challenges the sentence previously imposed under that Act, which has been upheld by the Eleventh Circuit. (Doc. # 84.) Accordingly, Mr. Tolbert's claims of an "unusually long sentence" and the alleged disparity between his sentence and what he might receive today do not constitute valid grounds for compassionate release.

Accordingly, it is ORDERED that Defendant Oyango Lanar Tolbert's motion for a sentence reduction (Doc. # 119) is DENIED.

DONE this 3rd day of February, 2025.

                                                    /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE